# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| KENNETH DORSEY, | ) | |
| | ) | |
| Petitioner, | ) | 3:09-cv-0066-RCJ-VPC |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| WILLIAM DONAT, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

Before the court is petitioner's motion for enlargement of time in which to file and serve his reply to the answer to the amended petition for writ of habeas corpus (ECF No. 58), seeking an additional fifteen days.  Good cause appearing,

**IT IS THEREFORE ORDERED** that the motion is **GRANTED**.  The reply brief shall be filed and served on or before August 22, 2011.

DATED:  This 8th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE